# "Exhibit "A"
# Call Log
## *PAULA TRIGG v. BLUESTEM BRANDS, INC. d/b/a FINGERHUT*

| Call Date/ Call Time | Telephone Number |
|---|---|
| 1. 04/15/2014 08:43:19 AM | 8556363695 |
| 2. 04/15/2014 03:31:11 PM | 8556363695 |
| 3. 04/15/2014 06:38:10 PM | 8556363695 |
| 4. 04/15/2014 08:49:40 PM | 8556363695 |
| 5. 04/16/2014 12:21:58 AM | 8556363695 |
| 6. 04/16/2014 02:50:29 PM | 8556363695 |
| 7. 04/16/2014 04:54:54 PM | 8556363695 |
| 8. 04/16/2014 06:58:41 PM | 8556363695 |
| 9. 04/16/2014 09:03:09 PM | 8556363695 |
| 10. 04/16/2014 11:08:16 PM | 8556363695 |
| 11. 04/17/2014 12:25:32 PM | 8556363695 |
| 12. 04/21/2014 08:09:52 AM | 8556363695 |
| 13. 04/21/2014 10:13:09 AM | 8556363695 |
| 14. 04/21/2014 10:22:24 AM | 8556363695 |
| 15. 04/21/2014 12:19:00 PM | 8556363695 |
| 16. 04/21/2014 02:21:48 PM | 8556363695 |

| | |
|---|---|
| 17.04/21/2014 04:25:46 PM | 8556363695 |
| 18.04/21/2014 08:34:19 PM | 8556363695 |
| 19.04/22/2014 09:00:09 AM | 8556363695 |
| 20.04/22/2014 01:04:18 PM | 8556363695 |
| 21.04/22/2014 03:19:17 PM | 8556363695 |
| 22.04/22/2014 05:25:27 PM | 8556363695 |
| 23.04/22/2014 07:32:16 PM | 8556363695 |
| 24.04/23/2014 08:53:19 AM | 8556363695 |
| 25.04/23/2014 11:42:22 AM | 8556363695 |
| 26.04/23/2014 02:25:16 PM | 8556363695 |
| 27.04/23/2014 04:33:21 PM | 8556363695 |
| 28.04/23/2014 06:51:06 PM | 8556363695 |
| 29.04/24/2014 11:13:27 AM | 8556363695 |
| 30.04/24/2014 02:01:20 PM | 8556363695 |
| 31.04/24/2014 04:16:20 PM | 8556363695 |
| 32.04/24/2014 06:33:47 PM | 8556363695 |
| 33.04/24/2014 08:41:38 PM | 8556363695 |
| 34.04/25/2014 08:43:59 AM | 8556363695 |
| 35.04/25/2014 10:49:21 AM | 8556363695 |

| | |
|---|---|
| 36. 04/25/2014 12:54:43 PM | 8556363695 |
| 37. 04/25/2014 02:59:02 PM | 8556363695 |
| 38. 04/25/2014 05:06:29 PM | 8556363695 |
| 39. 04/25/2014 07:12:00 PM | 8556363695 |
| 40. 04/26/2014 08:37:02 AM | 8556363695 |
| 41. 04/27/2014 01:14:01 PM | 8556363695 |
| 42. 04/27/2014 03:34:19 PM | 8556363695 |
| 43. 04/27/2014 07:43:47 PM | 8556363695 |
| 44. 04/28/2014 08:57:26 AM | 8556363695 |
| 45. 04/28/2014 12:55:59 PM | 8556363695 |
| 46. 04/28/2014 03:00:05 PM | 8556363695 |
| 47. 04/28/2014 05:04:08 PM | 8556363695 |
| 48. 04/28/2014 07:07:04 PM | 8556363695 |
| 49. 04/29/2014 09:03:14 AM | 8556363695 |
| 50. 04/30/2014 08:10:34 AM | 8556363695 |
| 51. 04/30/2014 10:16:25 AM | 8556363695 |
| 52. 04/30/2014 12:20:30 PM | 8556363695 |
| 53. 04/30/2014 02:24:03 PM | 8556363695 |
| 54. 04/30/2014 04:29:42 PM | 8556363695 |

| | |
|---|---|
| 55.04/30/2014 06:34:36 PM | 8556363695 |
| 56.04/30/2014 08:38:44 PM | 8556363695 |
| 57.05/01/2014 08:33:11 AM | 8556363695 |
| 58.05/01/2014 10:39:53 AM | 8556363695 |
| 59.05/01/2014 12:49:36 PM | 8556363695 |
| 60.05/01/2014 02:54:08 PM | 8556363695 |
| 61.05/01/2014 04:59:02 PM | 8556363695 |
| 62.05/01/2014 07:07:16 PM | 8556363695 |
| 63.05/02/2014 08:27:27 AM | 8556363695 |
| 64.05/02/2014 10:31:03 AM | 8556363695 |
| 65.05/02/2014 12:36:13 PM | 8556363695 |
| 66.05/02/2014 02:41:15 PM | 8556363695 |
| 67.05/02/2014 04:45:23 PM | 8556363695 |
| 68.05/02/2014 06:48:54 PM | 8556363695 |
| 69.05/02/2014 07:39:13 PM | 8556363695 |
| 70.05/03/2014 08:32:51 AM | 8556363695 |
| 71.05/03/2014 10:40:38 AM | 8556363695 |
| 72.05/03/2014 12:48:07 PM | 8556363695 |
| 73.05/03/2014 02:53:04 PM | 8556363695 |

| | |
|---|---|
| 74. 05/03/2014 04:57:59 PM | 8556363695 |
| 75. 05/04/2014 01:51:36 PM | 8556363695 |
| 76. 05/04/2014 04:05:18 PM | 8556363695 |
| 77. 05/04/2014 06:11:51 PM | 8556363695 |
| 78. 05/04/2014 08:17:25 PM | 8556363695 |
| 79. 05/05/2014 08:35:45 AM | 8556363695 |
| 80. 05/05/2014 10:40:16 AM | 8556363695 |
| 81. 05/05/2014 12:47:22 PM | 8556363695 |
| 82. 05/05/2014 02:51:19 PM | 8556363695 |
| 83. 05/05/2014 04:57:20 PM | 8556363695 |
| 84. 05/05/2014 07:06:00 PM | 8556363695 |
| 85. 05/06/2014 08:33:25 AM | 8556363695 |
| 86. 05/06/2014 10:37:41 AM | 8556363695 |
| 87. 05/06/2014 12:44:57 PM | 8556363695 |
| 88. 05/06/2014 02:50:39 PM | 8556363695 |
| 89. 05/06/2014 04:56:36 PM | 8556363695 |
| 90. 05/06/2014 07:01:16 PM | 8556363695 |
| 91. 05/06/2014 07:51:04 PM | 8556363695 |
| 92. 05/07/2014 08:50:48 AM | 8556363695 |

| | | |
|---|---|---|
| 93. | 05/07/2014 09:58:17 AM | 8556363695 |
| 94. | 05/07/2014 12:04:28 PM | 8556363695 |
| 95. | 05/07/2014 02:10:07 PM | 8556363695 |
| 96. | 05/07/2014 04:15:56 PM | 8556363695 |
| 97. | 05/07/2014 06:20:32 PM | 8556363695 |
| 98. | 05/07/2014 08:25:06 PM | 8556363695 |
| 99. | 05/08/2014 08:36:57 AM | 8556363695 |
| 100. | 05/08/2014 10:43:20 AM | 8556363695 |
| 101. | 05/08/2014 12:49:32 PM | 8556363695 |
| 102. | 05/08/2014 02:57:22 PM | 8556363695 |
| 103. | 05/08/2014 05:06:10 PM | 8556363695 |
| 104. | 05/08/2014 07:14:15 PM | 8556363695 |
| 105. | 05/09/2014 11:23:21 AM | 8556363695 |
| 106. | 05/09/2014 01:33:03 PM | 8556363695 |
| 107. | 05/09/2014 03:40:10 PM | 8556363695 |
| 108. | 05/09/2014 05:46:23 PM | 8556363695 |
| 109. | 05/09/2014 07:54:55 PM | 8556363695 |
| 110. | 05/10/2014 08:30:54 AM | 8556363695 |
| 111. | 05/10/2014 10:34:51 AM | 8556363695 |

| | | |
|---|---|---|
| 112. | 05/10/2014 12:44:01 PM | 8556363695 |
| 113. | 05/10/2014 02:48:32 PM | 8556363695 |
| 114. | 05/10/2014 04:51:59 PM | 8556363695 |
| 115. | 05/11/2014 01:41:50 PM | 8556363695 |
| 116. | 05/11/2014 03:50:33 PM | 8556363695 |
| 117. | 05/11/2014 05:55:55 PM | 8556363695 |
| 118. | 05/11/2014 08:00:19 PM | 8556363695 |
| 119. | 05/12/2014 08:57:58 AM | 8556363695 |
| 120. | 05/12/2014 11:28:54 AM | 8556363695 |
| 121. | 05/12/2014 01:45:05 PM | 8556363695 |
| 122. | 05/12/2014 03:49:52 PM | 8556363695 |
| 123. | 05/12/2014 05:54:28 PM | 8556363695 |
| 124. | 05/12/2014 07:59:29 PM | 8556363695 |
| 125. | 05/13/2014 09:51:35 AM | 8556363695 |
| 126. | 05/13/2014 01:22:44 PM | 8556363695 |
| 127. | 05/13/2014 03:31:53 PM | 8556363695 |
| 128. | 05/13/2014 05:40:06 PM | 8556363695 |
| 129. | 05/13/2014 07:48:04 PM | 8556363695 |
| 130. | 05/14/2014 09:14:20 AM | 8556363695 |

| 131. | 05/15/2014 08:58:10 AM | 8556363695 |
| --- | --- | --- |
| 132. | 05/15/2014 01:24:48 PM | 8556363695 |
| 133. | 05/15/2014 03:39:11 PM | 8556363695 |
| 134. | 05/15/2014 06:40:58 PM | 8556363695 |
| 135. | 05/16/2014 09:57:03 AM | 8556363695 |
| 136. | 05/16/2014 12:40:21 PM | 8556363695 |
| 137. | 05/16/2014 02:45:48 PM | 8556363695 |
| 138. | 05/16/2014 04:49:13 PM | 8556363695 |
| 139. | 05/16/2014 06:52:58 PM | 8556363695 |
| 140. | 05/16/2014 08:57:42 PM | 8556363695 |
| 141. | 05/17/2014 09:24:02 AM | 8556363695 |
| 142. | 05/17/2014 12:31:21 PM | 8556363695 |
| 143. | 05/17/2014 02:40:18 PM | 8556363695 |
| 144. | 05/18/2014 01:19:50 PM | 8556363695 |
| 145. | 05/18/2014 05:10:39 PM | 8556363695 |
| 146. | 05/19/2014 08:15:53 AM | 8556363695 |
| 147. | 05/19/2014 10:42:57 AM | 8556363695 |
| 148. | 05/19/2014 12:50:13 PM | 8556363695 |
| 149. | 05/19/2014 02:53:11 PM | 8556363695 |

| | | |
|---|---|---|
| 150. | 05/19/2014 04:57:11 PM | 8556363695 |
| 151. | 05/19/2014 07:02:53 PM | 8556363695 |
| 152. | 05/20/2014 08:39:13 AM | 8556363695 |
| 153. | 05/20/2014 10:49:27 AM | 8556363695 |
| 154. | 05/20/2014 12:52:58 PM | 8556363695 |
| 155. | 05/20/2014 02:56:26 PM | 8556363695 |
| 156. | 05/20/2014 05:00:03 PM | 8556363695 |
| 157. | 05/20/2014 07:02:48 PM | 8556363695 |
| 158. | 05/21/2014 08:54:40 AM | 8556363695 |
| 159. | 05/21/2014 10:58:12 AM | 8556363695 |
| 160. | 05/21/2014 01:02:12 PM | 8556363695 |
| 161. | 05/21/2014 03:05:54 PM | 8556363695 |
| 162. | 05/21/2014 05:08:40 PM | 8556363695 |
| 163. | 05/21/2014 07:13:35 PM | 8556363695 |
| 164. | 05/22/2014 09:23:53 AM | 8556363695 |
| 165. | 05/22/2014 11:56:39 AM | 8556363695 |
| 166. | 05/22/2014 02:12:44 PM | 8556363695 |
| 167. | 05/22/2014 04:17:06 PM | 8556363695 |
| 168. | 05/22/2014 06:20:24 PM | 8556363695 |

| | | |
|---|---|---|
| 169. | 05/22/2014 08:24:26 PM | 8556363695 |
| 170. | 05/23/2014 09:03:40 AM | 8556363695 |
| 171. | 05/23/2014 11:24:37 AM | 8556363695 |
| 172. | 05/23/2014 01:31:28 PM | 8556363695 |
| 173. | 05/23/2014 03:47:42 PM | 8556363695 |
| 174. | 05/23/2014 05:59:47 PM | 8556363695 |
| 175. | 05/23/2014 08:11:10 PM | 8556363695 |
| 176. | 05/24/2014 09:46:50 AM | 8556363695 |
| 177. | 05/24/2014 02:53:24 PM | 8556363695 |
| 178. | 05/26/2014 08:38:09 AM | 8556363695 |
| 179. | 05/26/2014 12:23:39 PM | 8556363695 |
| 180. | 05/26/2014 02:49:33 PM | 8556363695 |
| 181. | 05/26/2014 04:55:34 PM | 8556363695 |
| 182. | 05/26/2014 07:01:32 PM | 8556363695 |
| 183. | 05/27/2014 11:57:40 AM | 8556363695 |
| 184. | 05/27/2014 02:33:19 PM | 8556363695 |
| 185. | 05/28/2014 08:48:04 AM | 8556363695 |
| 186. | 05/28/2014 10:52:03 AM | 8556363695 |
| 187. | 05/29/2014 10:20:13 AM | 8556363695 |

| | | |
|---|---|---|
| 188. | 05/31/2014 09:05:29 AM | 8556363695 |
| 189. | 06/01/2014 01:19:44 PM | 8556363695 |
| 190. | 06/02/2014 09:19:17 AM | 8556363695 |
| 191. | 06/03/2014 08:36:23 AM | 8556363695 |
| 192. | 06/04/2014 08:10:09 AM | 8556363695 |
| 193. | 06/04/2014 08:29:20 AM | 8556363695 |
| 194. | 06/04/2014 08:33:13 AM | 8556363695 |
| 195. | 06/05/2014 08:15:41 AM | 8556363695 |
| 196. | 06/05/2014 08:39:17 AM | 8556363695 |
| 197. | 06/06/2014 08:20:35 AM | 8556363695 |
| 198. | 06/08/2014 01:22:31 PM | 8556363695 |
| 199. | 06/09/2014 08:28:25 AM | 8556363695 |
| 200. | 06/10/2014 08:19:02 AM | 8556363695 |
| 201. | 06/11/2014 08:27:50 AM | 8556363695 |
| 202. | 06/12/2014 08:16:07 AM | 8556363695 |
| 203. | 06/13/2014 08:14:46 AM | 8556363695 |
| 204. | 06/14/2014 08:10:56 AM | 8556363695 |
| 205. | 06/15/2014 01:12:20 PM | 8556363695 |
| 206. | 06/16/2014 08:37:28 AM | 8556363695 |

| | | |
|---|---|---|
| 207. | 06/17/2014 08:20:49 AM | 8556363695 |
| 208. | 06/18/2014 08:11:17 AM | 8556363695 |
| 209. | 06/19/2014 08:13:55 AM | 8556363695 |
| 210. | 06/20/2014 08:13:14 AM | 8556363695 |
| 211. | 06/21/2014 08:11:27 AM | 8556363695 |
| 212. | 06/22/2014 01:10:12 PM | 8556363695 |
| 213. | 06/23/2014 08:49:33 AM | 8556363695 |
| 214. | 06/24/2014 08:43:45 AM | 8556363695 |
| 215. | 06/25/2014 08:15:47 AM | 8556363695 |
| 216. | 06/26/2014 08:10:56 AM | 8556363695 |
| 217. | 06/28/2014 08:29:46 AM | 8556363695 |
| 218. | 06/28/2014 10:05:52 AM | 8556363695 |
| 219. | 06/29/2014 01:18:45 PM | 8556363695 |
| 220. | 07/02/2014 08:22:19 AM | 8556363695 |
| 221. | 07/03/2014 08:18:26 AM | 8556363695 |
| 222. | 07/04/2014 08:18:31 AM | 8556363695 |
| 223. | 07/07/2014 08:20:39 AM | 8556363695 |
| 224. | 07/08/2014 09:00:15 AM | 8556363695 |
| 225. | 07/09/2014 08:13:38 AM | 8556363695 |

| 226. | 07/10/2014 08:12:57 AM | 8556363695 |
| 227. | 07/12/2014 08:18:40 AM | 8556363695 |
| 228. | 07/13/2014 01:12:55 PM | 8556363695 |
| 229. | 07/14/2014 08:44:32 AM | 8556363695 |
| 230. | 07/15/2014 08:53:20 AM | 8556363695 |
| 231. | 07/15/2014 12:06:04 PM | 8556363695 |
| 232. | 07/16/2014 08:32:31 AM | 8556363695 |
| 233. | 07/17/2014 08:28:00 AM | 8556363695 |