IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAULA TRIGG,

    Plaintiff,

vs.      Case No.: 4:17-cv-00312

BLUESTEM BRANDS, INC. D/B/A
FINGERHUT,

    Defendant.
_____/

## STIPULATION OF DISMISSAL

Plaintiff, PAULA TRIGG and Defendant, BLUESTEM BRANDS, INC. D/B/A FINGERHUT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs, and expenses.

Respectfully submitted this 3rd day of October 2017.

| /s/ Eric D. Stevenson | /s/ Ailen Cruz |
|---|---|
| Eric D. Stevenson | Ailen Cruz |
| Stevenson Klotz, LLP | Wiand Guerra King |
| Florida Bar No.: 144495 | Florida Bar No. 105826 |
| 212 W. Intendencia Street, #A | 5505 W. Gray Street |
| Pensacola, FL 32502 | Tampa, FL 33609 |
| (850) 444-0000 | (813) 347-5139 |
| eric@stevensonklotz.com | acruz@wiandlaw.com |
| serviceeds@stevensonklotz.com | Attorney for Defendant |
| Attorney for Plaintiff | |