IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAULA TRIGG,

    Plaintiff,

v.                                    CASE NO. 4:17cv312-RH/CAS

BLUESTEM BRANDS, INC.,
d/b/a FINGERHUT,

    Defendant.

_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal with prejudice. ECF No. 10. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk must close the file.

    SO ORDERED on October 4, 2017.

                                      s/Robert L. Hinkle
                                      United States District Judge